IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Sealed**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO: 4:11CR248<br>Judge Schell |
| ERNEST MICHAEL DIAZ (1) | § | |
| TERESA RODRIGUEZ (2) | § | |
| SANTIAGO ADRI SEPULVEDA (3) | § | |
| JOE DIAZ (4) | § | **FILED** |
| RICARDO JULIO CASTILLO, JR. (5) | § | U.S. DISTRICT COURT |
| MICHAEL ANGEL PADRON (6) | § | EASTERN DISTRICT OF TEXAS |
| RAMIRO PENA, JR. (7) | § | DEC 1 5 2011 |
| RODNEY DSHANE MAYO (8) | § | DAVID J. MALAND, CLERK |
| OSCAR K. MONTOYA-CASTILLO (9) | § | BY<br>DEPUTY_____ |
| NANCY ALEIDA GRANADOS (10) | § | |
| STEVEN WILLIAM TAYLOR (11) | § | |
| BRITTANY LEANN VOLLWEILER (12) | § | |
| LYLE JEFFREY ROWEN (13) | § | |
| CODY GENE GLENN (14) | § | |
| DYLAN ANDREW DOVE (15) | § | |
| TRAVIS TROY ABOLOS (16) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 21 U.S.C. § 846 (Conspiracy to possess with intent to distribute heroin)

From in or about March 2010, and continuing until on or about December 14, 2011, in the Eastern District of Texas and elsewhere,

**Ernest Michael Diaz**
**Teresa Rodriguez**
**Santiago Adri Sepulveda**

>Joe Diaz
>Ricardo Julio Castillo, Jr.
>Michael Angel Padron
>Ramiro Pena, Jr.
>Rodney Dshane Mayo
>Oscar K. Montoya-Castillo
>Nancy Aleida Granados
>Steven William Taylor
>Brittany Leann Vollweiler
>Lyle Jeffrey Rowen
>Cody Gene Glenn
>Dylan Andrew Dove
>Travis Troy Abolos

defendants, did knowingly and intentionally combine, conspire, confederate, and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute at least 100 grams but less than 400 grams of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Indictment, the defendants, may have used or intended to use the following property to commit or facilitate the offenses and/or the following property was derived from proceeds obtained directly or indirectly as a result of the commission of the violations of and 21 U.S.C. § 846 including but not limited to the following:

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

INDICTMENT/NOTICE OF PENALTY – Page 2

A TRUE BILL

/s/ [signature]

GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY


_____          _____
ERNEST GONZALEZ                       Date
Assistant United States Attorney

INDICTMENT/NOTICE OF PENALTY – Page 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: 4:11CR_____ |
| | § | Judge _____ |
| ERNEST MICHAEL DIAZ (1) | § | |
| TERESA RODRIGUEZ (2) | § | |
| SANTIAGO ADRI SEPULVEDA (3) | § | |
| JOE DIAZ (4) | § | |
| RICARDO JULIO CASTILLO, JR. (5) | § | |
| MICHAEL ANGEL PADRON (6) | § | |
| RAMIRO PENA, JR. (7) | § | |
| RODNEY DSHANE MAYO (8) | § | |
| OSCAR K. MONTOYA-CASTILLO (9) | § | |
| NANCY ALEIDA GRANADOS (10) | § | |
| STEVEN WILLIAM TAYLOR (11) | § | |
| BRITTANY LEANN VOLLWEILER (12) | § | |
| LYLE JEFFREY ROWEN (13) | § | |
| CODY GENE GLENN (14) | § | |
| DYLAN ANDREW DOVE (15) | § | |
| TRAVIS TROY ABOLOS (16) | § | |

## NOTICE OF PENALTY

### Count One

Violation:    21 U.S.C. § 846

Penalty:    Imprisonment for five to forty years, a fine not to exceed $2,000,000, or both. A term of supervised release of at least four (4) years.

Special Assessment:    $100.00